UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KRISTINA BERGER, | ) | CASE NO. 5:17-cv-1485 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| R&G NURSING CARE, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

The minutes of proceedings entered by Magistrate Judge George J. Limbert on November 28, 2017, indicate that this case was successfully mediated and resolved. Having been settled by agreement of the parties, this case is hereby dismissed. Any and all releases, agreements, and entries necessary to comply with this settlement shall be executed by the parties.

A final agreed dismissal entry, approved by counsel for all parties, shall be filed with the Court on or before December 29, 2017, and shall supersede this Order. This case is hereby closed.

 **IT IS SO ORDERED**.

Dated: November 29, 2017

                                                    **HONORABLE SARA LIOI**
                                                    **UNITED STATES DISTRICT JUDGE**